

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Theo Hanson<br><br>Plaintiff,<br>V.<br>(See attached)<br><br>Defendant. | Civil Action No. 19-cv-1326-BAS-WVG<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On January 22, 2020, the Court granted Defendants' Motion to Dismiss Plaintiff Theo Hanson's First Amended Complaint and granted Plaintiff leave to file an amended complaint on or before February 5, 2020. As of the date of this Order, Plaintiff has not done so. The case is hereby closed.

**Date:**    2/28/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Olsen

J. Olsen, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 19-cv-1326-BAS-WVG

Jake P. Noch, in his individual capacity;
Vito Michael Roppo, in his individual capacity;
Richard Gora, in his individual capacity;
Gora LLC, a Connecticut Limited Liability Company;
Pro Music Rights, LLC, a Florida Limited Liability Company;
Pro Music Rights Distribution, LLC, a Florida Limited Liability Company; Pro Music Rights Publishing Group, LLC, a Florida Limited Liability Company;
Brazy Records LLC, a Florida Limited Liability Company;
Sosa Entertainment LLC, a Florida Limited Liability Company; and
Does 1 - 10

Defendant(s).